# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **APPEAL NO. 14-4172** |
| | * | |
| **TAVON MCPHAUL** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ******* | |

## ENTRY OF APPEARANCE

MADAM CLERK:

    Please enter my appearance in this case as counsel for the United States of America.

    Respectfully submitted,

    Rod J. Rosenstein
    United States Attorney


    _____/s/_____
    Benjamin M. Block
    Assistant United States Attorney
    36 South Charles Street
    Fourth Floor
    Baltimore, Maryland 21201
    410-209-4800